IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00258-BNB
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

DEPARTMENT OF HUMAN SERVICES,

    Plaintiff,

v.

JULIE D. VERMA, and
BRENT NISSEN,

    Defendants.

---

## ORDER TO CURE DEFICIENCIES

---

Julie D. Verma has submitted a letter to the court (doc. #4), a Motion and Affidavit for Leave to Proceed On Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (doc. #2), and an Application to Proceed in District Court Without Prepaying Fees or Costs (doc. #3). Ms. Verma lists herself as a Defendant in the captions of the motions seeking leave to proceed *in forma pauperis*. Brent Nissen also is listed as a Defendant in the caption of one of the *in forma pauperis* motion (doc. #2) and Mr. Nissen apparently has submitted an unsigned letter to the court (doc #1) along with copies of numerous documents that appear to have been filed in a Colorado state court proceeding in which Ms. Verma and Mr. Nissen were parties. It appears that Ms. Verma and Mr. Nissen intend to initiate a new civil action in this court.

As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has

determined that the submitted documents are deficient as described in this order. Ms. Verma and Mr. Nissen will be directed to cure the following if they wish to pursue their claims in this action. Any papers that Ms. Verma and Mr. Nissen file in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) _X_ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiffs
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) _X_ other: <u>each Plaintiff must submit an individual § 1915 motion.</u>

**Complaint or Petition:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiffs
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that Ms. Verma and Mr. Nissen cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Ms. Verma and Mr. Nissen file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Ms. Verma and Mr.

Nissen, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if Ms. Verma and Mr. Nissen fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED February 16, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00258-BNB

Julie D Verma and
Brent Nissen
498 W Jackson
Hayden, CO 81639

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and of the Complaint forms** to the above-named individuals on February 16, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk